and *Joseph B. Hobbs* filed a brief for the Federal Power Commission, as *amicus curiae,* urging that the petition for writ of certiorari be granted.

No. 283.   CHOW BING KEW *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.   *Archibald M. Mull, Jr., Forrest E. Macomber* and *Kenneth G. McGilvray* for petitioner.   *Solicitor General Rankin, Assistant Attorney General Olney, Beatrice Rosenberg* and *Julia P. Cooper* for the United States.

No. 397.   LOVE *v.* NEWBURY.   United States Court of Appeals for the District of Columbia Circuit.   Certiorari denied.   *Charles F. O'Neall* for petitioner.   *Solicitor General Rankin, Assistant Attorney General Doub, Paul A. Sweeney* and *Joseph Langbart* for respondent.

No. 503.   UNITED STATES *v.* BOYD ET AL.   C. A. 5th Cir.   Certiorari denied.   *Solicitor General Rankin, Assistant Attorney General Rice* and *A. F. Prescott* for the United States.   *Thomas J. Tubb* for the Bradley Lumber Co., respondent.

No. 507.   AMERICAN TRANSIT LINES *v.* SMITH.   C. A. 6th Cir.   Certiorari denied.   *Robert G. Seaks* for petitioner.   *H. Guy Hardy* for respondent.

No. 508.   S. H. KRESS & Co. *v.* AGHNIDES ET AL.   C. A. 4th Cir.   Certiorari denied.   *Will Freeman* for petitioner.   *Albert L. Ely* for respondents.